UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Malibu Media LLC,

                        Plaintiff(s),

v.                                                   Case No. 2:13−cv−12218−NGE−DRG
                                                     Hon. Nancy G. Edmunds

John Doe subscriber assigned
IP address 69.14.181.108, et al.,

                        Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Nancy G. Edmunds at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 858. The following motion(s) are scheduled for hearing:

      Motion to Strike − #13

- MOTION HEARING: November 13, 2013 at 02:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                       By: s/J. Curry−Williams
                                                            Acting in the absence of Carol Hemeyer

Dated: October 9, 2013