UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Malibu Media LLC,

                        Plaintiff(s),

v.                                               Case No. 2:13−cv−12218−NGE−DRG
                                                Hon. Nancy G. Edmunds

John Doe subscriber assigned
IP address 69.14.181.108, et
al.,

                        Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before Magistrate Judge David R. Grand as follows:

- STATUS CONFERENCE:  January 8, 2014 at 11:30 AM

    The conference shall be initiated by Paul Nicoletti.

    If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                 By: s/F. Moses
                                                       Case Manager

Dated:   January 2, 2014