UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 2:13-cv-12218-NGE-DRG |
| ) | |
| v. ) | |
| ) | |
| APRIL HOUSE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR LEAVE TO AMEND THE AMENDED COMPLAINT**

Plaintiff, Malibu Media, LLC ("Plaintiff"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 15 and L.R. 15.1 hereby moves for the entry of an order granting Plaintiff leave to amend the Amended Complaint (CM/ECF 6), and in support thereof states:

1. Fed. R. Civ. P. (15)(a) provides that "a party may amend its pleading only with . . . the court's leave. The court should freely give leave when justice so requires." *Id*. Absent "undue delay, prejudice to the opposing party, or repeated failure to cure deficiencies in the complaint[,]" the Court should allow the amendment. *Phelps v. McClellan*, 30 F.3d 658, 662 (6th Cir. 1994).

2. Here, justice requires that Plaintiff be allowed to amend the Complaint to add Defendant's husband ("Defendant's Husband") as defendant because Plaintiff's investigation and discovery have established a good faith basis for Plaintiff to believe that he is a direct infringer of Plaintiff's copyrights.

3. At the time this case was originally filed, Plaintiff knew only that the infringer was using the internet subscriber's IP address. Usually, the subscriber is the infringer. But, as is

1

the case here, sometimes the infringer is another person residing with the subscriber, who the subscriber has authorized to use the subscriber's internet.

4. Defendant's Husband resides at the address provided to Plaintiff by Defendant's ISP in response to Plaintiff's subpoena.

5. Plaintiff has a good faith basis to believe that Defendant's Husband is the individual who infringed Plaintiff's copyrighted works as alleged because expanded surveillance of the subject IP address has revealed evidence of third party infringements that are in line with Defendant's Husband's interests.

6. For example, Defendant's Husband's Facebook page lists Led Zeppelin, Van Halen, and Queen as his favorite music. He also lists "NCIS" and "Burn Notice" in his favorite TV shows and "Ted" in his favorite movies. Plaintiff's evidence of third party infringements includes the following relevant hits:

| IP | File |
|---|---|
| 69.14.181.108 | Queen - Albums (2011 Remastered) (MP3@320)(oan) |
| 69.14.181.108 | Van Halen - A Different Kind of Truth (2012) [FLAC] |
| 69.14.181.108 | Led Zeppelin Discography (1969-2012) [FLAC][WwW.LoKoTorrents.CoM] |
| 69.14.181.108 | Led Zeppelin - Celebration Day |
| 69.14.181.108 | 1970s Sounds Of The 70s (FLAC) (CD Rip) |
| 69.14.181.108 | Van Halen-A Different Kind Of Truth (2012), 320Kbit(mp3), DMT |
| 69.14.181.108 | Led Zeppelin - Quick Diet (2012) 3CD Mp3@320kbps Beolab1700 |
| 69.14.181.108 | Led Zeppelin - Celebration Day [Deluxe Edition][2CD+DVD][FLAC][2012] |
| 69.14.181.108 | Led Zeppelin - Celebration Day [2CD] {BriBerY} |
| 69.14.181.108 | Burn Notice S06E13 HDTV x264-ASAP[ettv] |
| 69.14.181.108 | NCIS.S10E03.HDTV.x264-LOL.mp4 |
| 69.14.181.108 | NCIS.S10E22.HDTV.x264-LOL.mp4 |
| 69.14.181.108 | NCIS.S10E12.HDTV.x264-LOL.[VTV].mp4 |
| 69.14.181.108 | Burn Notice S06E05 HDTV x264-ASAP[ettv] |
| 69.14.181.108 | Burn.Notice.S06E07.HDTV.x264-COMPULSiON.[VTV].mp4 |

| | |
|---|---|
| 69.14.181.108 | NCIS.Los.Angeles.S04E17.HDTV.x264-LOL.mp4 |
| 69.14.181.108 | Burn.Notice.S06E16.HDTV.x264-ASAP.[VTV].mp4 |
| 69.14.181.108 | NCIS.S10E20.HDTV.x264-LOL.mp4 |
| 69.14.181.108 | NCIS.LosAngeles.S04E22.HDTV.Subtitulado.Esp.SC.avi |
| 69.14.181.108 | NCIS.S10E23.Xvid-AJAXEN.avi |
| 69.14.181.108 | Burn.Notice.S06E11E12.HDTV.x264-2HD.[VTV].mp4 |
| 69.14.181.108 | NCIS.S10E11.HDTV.x264-LOL.[VTV].mp4 |
| 69.14.181.108 | NCIS.S10E21.HDTV.x264-LOL.mp4 |
| 69.14.181.108 | Burn Notice S06E10 HDTV x264 + Subtitles [GlowGaze] |
| 69.14.181.108 | Burn.Notice.S06E06.HDTV.XviD-AFG |
| 69.14.181.108 | Burn.Notice.S06E09.HDTV.XviD-AFG |
| 69.14.181.108 | NCIS.S10E14.HDTV.x264-LOL.[VTV].mp4 |
| 69.14.181.108 | NCIS.S10E16.HDTV.x264-2HD.mp4 |
| 69.14.181.108 | Burn.Notice.S06E17E18.HDTV.x264-ASAP.[VTV].mp4 |
| 69.14.181.108 | NCIS S10E17 HDTV x264-LOL[ettv] |
| 69.14.181.108 | Led Zeppelin - Celebration Day 2012 [Bonus-DVD9-PAL-ISO](oan) |
| 69.14.181.108 | Queen Wembley 86 |
| 69.14.181.108 | Queen at Wembley(2011)-alE13 |
| 69.14.181.108 | psig-ted.2012.dvdrip.xvid.ac3.avi |
| 69.14.181.108 | Led Zeppelin - Celebration Day 2012 BDRip 720p [MP4-AAC](oan) |
| 69.14.181.108 | Led Zeppelin Celebration Day 2012 720p BluRay x264-SEMTEX [BrRip.eu] |
| 69.14.181.108 | Ted (2012) [1080p] |
| 69.14.181.108 | Ted (2012) |

7. From Defendant's deposition, Plaintiff also learned that Defendant's Husband has (or had) a Samsung Galaxy S3 smartphone. Plaintiff's additional evidence includes:

| | |
|---|---|
| 69.14.181.108 | All Galaxy S3 Ringtones - Honest |

8. Defendant's deposition also revealed that Defendant's husband had done significant remodeling to their home. Additional hits detected by Plaintiff's investigator include the following eBooks:

| | |
|---|---|
| 69.14.181.108 | Black & Decker The Complete Guide to Bathrooms - Remodeling on a budget, Vanities & Cabinets, Plumbing & |

3

| | |
|---|---|
| | Fixtures, Showers, Sinks & Tubs |
| 69.14.181.108 | Black & Decker The Complete Guide to Plumbing - All New Guide to Working with Gas Pipe |
| 69.14.181.108 | Black & Decker The Complete Photo Guide to Home Improvement - More Than 200 Value-Adding Remodeling Projects |
| 69.14.181.108 | Black.&.Decker.The.Complete.Guide.to.Contemporary.Sheds.OCR.BD.pdf |
| 69.14.181.108 | Black & Decker The Complete Guide DIY eBooks Collection |
| 69.14.181.108 | Black & Decker - The Complete Guide to Kitchens |
| 69.14.181.108 | Black & Decker The Complete Guide to Custom Shelves & Built-ins - Build Custom Add-ons to Create a One-of-a-kind Home |
| 69.14.181.108 | Handyman USA - The Ten Tips Issue, No.1 in DIY Home Improvement (March 2013) |

9. As between the residents of Defendant's household – which includes Defendant, Defendant's Husband, and Defendant's daughter – Defendant's Husband is the only one with the means, *motive*, and opportunity to commit the infringement alleged. To wit: the large majority of subscriber's to Plaintiff's website are male. *See e.g. Malibu Media, LLC v. Jeffrey Roy*, 1:12-cv-00617-RJJ, CM/ECF 46, at p. 5 (W.D. Mich. Dec. 16, 2013) (denying motion for summary judgment noting that, "Malibu Media has introduced evidence that its subscribers are male 'by a large margin.' . . . This provides at least some support that Defendant, as opposed to his wife, was the offender.")

10. Based upon the foregoing information, Defendant's Husband, is the most likely person to have used BitTorrent in the house from where the infringement emanated. Consequently, Defendant's Husband is the most likely person to have infringed Plaintiff's copyrighted works through the use of BitTorrent and Plaintiff should be permitted to amend the Amended Complaint to name Defendant's Husband as a defendant.

11. Plaintiff will plead a claim for contributory infringement against Defendant for her inducing, causing, or materially contributing to the infringement of her husband. *See Bridgeport Music, Inc. v. Rhyme Syndicate Music*, 376 F.3d 615, 621 (6th Cir. 2004).

12. Similar to Defendant's Husband, Plaintiff has substantial evidence of third party infringements that are in line with Defendant's interests. And, Defendant was the named internet subscriber who provided internet access to Defendant's Husband.

13. Defendant's Facebook page lists Darius Rucker, Eric Church, Rascal Flatts, Kenny Chesney, Blake Shelton, Jason Aldean, Lady Antebellum, Florida-Georiga Line, Jake Owen, Brad Paisley, and Dierks Bentley as her favorite music. Plaintiff's evidence of third party infringements includes:

| | |
|---|---|
| 69.14.181.108 | 01 Darius Rucker - Wagon Wheel.m4a |
| 69.14.181.108 | Darius Rucker - True Believers (2013) [FLAC] |
| 69.14.181.108 | Darius Rucker - Wagon Wheel [Music Video] 720p [Sbyky].mp4 |
| 69.14.181.108 | Eric Church - Caught In The Act (Live)-(2013) |
| 69.14.181.108 | Rascal Flatts - Banjo [2012@MRD] |
| 69.14.181.108 | Rascal_Flatts_-_Why_Wait_(2nafish).mpg |
| 69.14.181.108 | Kenny Chesney - Life On a Rock |
| 69.14.181.108 | Kenny Chesney - Pirate Flag.mp3 |
| 69.14.181.108 | Kenny Chesney - Life On A Rock 2013 Country 320kbps CBR MP3 [VX] |
| 69.14.181.108 | Kenny Chesney -- Life On A Rock (2013.CnW) |
| 69.14.181.108 | Kenny Chesney - Pirate Flag.mp3 |
| 69.14.181.108 | Blake Shelton - Based On A True Story 2013 Country 320kbps CBR MP3 [VX] |
| 69.14.181.108 | Blake Shelton- Cheers, It's Christmas- [2012]-NewMp3Club |
| 69.14.181.108 | Jason Aldean - 1994 (2013.CnW) |
| 69.14.181.108 | Jason Aldean - Night Train [2012] |
| 69.14.181.108 | Jason Aldean - Night Train (2012) |
| 69.14.181.108 | Lady Antebellum - Golden (2013) [FLAC] |
| 69.14.181.108 | Lady Antebellum-Golden (2013) |
| 69.14.181.108 | Lady Antebellum - Downtown.mp3 |

| | |
|---|---|
| 69.14.181.108 | Lady Antebellum - Downtown [Music Video] 1080p [Sbyky].mp4 |
| 69.14.181.108 | Florida Georgia Line - Get Your Shine On (2013.CnW) |
| 69.14.181.108 | Jake Owen - Barefoot Blue Jean Night 2011 |
| 69.14.181.108 | Brad Paisley - 5th Gear Concert XviD |
| 69.14.181.108 | Dierks Bentley - Home (2012) [FLAC] vtwin88cube |

14. Defendant's favorite TV shows include "The Bible Series," and "American Horror Story." She has also posted on Facebook about "Family Guy" more than once. The third party infringements include:

| | |
|---|---|
| 69.14.181.108 | The.Bible |
| 69.14.181.108 | American.Horror.Story.S02E06.HDTV.x264-LOL.[VTV].mp4 |
| 69.14.181.108 | American.Horror.Story.S02E07.HDTV.x264-LOL.[VTV].mp4 |
| 69.14.181.108 | American.Horror.Story.S02E10.HDTV.x264-LOL.[VTV].mp4 |
| 69.14.181.108 | American.Horror.Story.S02E04.HDTV.x264-LOL.[VTV].mp4 |
| 69.14.181.108 | American.Horror.Story.S02E08.HDTV.x264-LOL.[VTV].mp4 |
| 69.14.181.108 | American.Horror.Story.S02E01.HDTV.x264-LOL.[VTV].mp4 |
| 69.14.181.108 | American.Horror.Story.S02E03.HDTV.x264-LOL.[VTV].mp4 |
| 69.14.181.108 | Family.Guy.S11E19.HDTV.x264-LOL.mp4 |
| 69.14.181.108 | Family Guy S11E21 HDTV x264-LOL[ettv] |
| 69.14.181.108 | Family.Guy.S11.Special-200.Episodes.Later.720p.HDTV.X264-DIMENSION.mkv |
| 69.14.181.108 | Family.Guy.S11E11.HDTV.x264-LOL.mp4 |
| 69.14.181.108 | family.guy.1117.hdtv-lol.mp4 |
| 69.14.181.108 | Family Guy volume 10 |
| 69.14.181.108 | Family Guy S11E03 HDTV XviD-SaM[ettv] |
| 69.14.181.108 | Family.Guy.S11E05.HDTV.x264-LOL.mp4 |
| 69.14.181.108 | Family Guy S11E01 HDTV x264-LOL[ettv] |
| 69.14.181.108 | Family.Guy.S11E04.HDTV.x264-LOL.mp4 |
| 69.14.181.108 | Family.Guy.S11E09.HDTV.x264-LOL.mp4 |
| 69.14.181.108 | Family.Guy.S11E22.HDTV.x264-LOL.mp4 |

15. If, as Defendant claims, Defendant did not directly infringe Plaintiff's works, Defendant knew or should have known that Defendant's Husband was downloading copyrighted works illegally and she knowingly allowed him to continue using their internet access to do so.

6

16. There is no question that the infringement of Plaintiff's works emanated from Defendant's household. Defendant and Defendant's Husband are playing a game of "hide the ball" with Plaintiff in an attempt to evade liability for the infringement.

17. Both Defendant and Defendant's Husband likely regularly used BitTorrent but, from the deposition of Defendant, it appears that Defendant's Husband was much more likely to have downloaded Plaintiff's content.

18. Granting the instant Motion will not prejudice any party and will instead allow Plaintiff to pursue the correct claims against Defendant and Defendant's Husband.

19. This Motion is made in good faith and not for any improper purpose such as undue delay.

20. Undersigned attempted to confer with defense counsel prior to filing the instant motion although no response was received.

WHEREFORE, Plaintiff, Malibu Media, LLC, respectfully requests entry of an order:

(A) Granting Plaintiff's Motion for Leave to Amend the Amended Complaint; and

(B) Granting Plaintiff such other and further relief as this Court deems just and proper.

Dated: January 7, 2014

> Respectfully submitted,
>
> NICOLETTI & ASSOCIATES, PLLC
>
> By: /s/ *Paul J. Nicoletti*
> Paul J. Nicoletti, Esq. (P44419)
> 36880 Woodward Ave, Suite 100
> Bloomfield Hills, MI 48304
> Tel: (248) 203-7800
> Fax: (248) 203-7801
> E-Fax: (248) 928-7051
> Email: paul@nicoletti-associates.com
> *Attorneys for Plaintiff*

**CERTIFICATE OF COMPLIANCE**

Pursuant to MI R USDCTED LR 5.1(a) I hereby certify that the PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE AMENDED COMPLAINT has been prepared using one of the font and point selections approved by the Court in MI R USDCTED LR 5.1(a)(3). This document was prepared using Times New Roman (12 pt.).

Dated: January 7, 2013

By: /s/ *Paul J. Nicoletti*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Paul J. Nicoletti*