UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No. 2:13-cv-12218-NGE-DRG |
| v. | ) |
| APRIL HOUSE, | ) |
| Defendant. | ) |

**ORDER GRANTING PLAINTIFF'S MOTIONS FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND TO FILE DISPOSITIVE MOTIONS**

**THIS CAUSE** having come before the Court upon Plaintiff's [33] Second Motion for Extension of Time to Complete Discovery and [30] Motion to Extend Time to File Dispositive Motions (the "Motion"), and the Court being duly advised in the premises does hereby:

**ORDER AND ADJUDGE:** Plaintiff's Motions are granted. The parties shall have until April 3, 2014 to complete discovery and until May 5, 2014 to file dispositive motions.

DONE AND ORDERED this 6th day of March, 2014.

s/ Nancy G. Edmunds
**UNITED STATES DISTRICT JUDGE**

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 6, 2014, by electronic and/or ordinary mail.

s/Johnetta M. Curry-Williams
Case Manager
Acting in the Absence of Carol Hemeyer

1